**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                                  CASE NO: 25-30991-KKS
                                                        CHAPTER 13

ALPHONSE BEASLEY, JR
BELINDA REE BEASLEY

                Debtors
_____ /

**CHAPTER 13 TRUSTEE'S**
**OBJECTION(S) TO CONFIRMATION OF**
**CHAPTER 13 PLAN (ECF NO. 32)**

    **COMES NOW**, LEIGH A. DUNCAN, Chapter 13 Trustee, by and through

her undersigned attorneys, and objects to confirmation of the *First Amended*

*Chapter 13 Plan* ("Plan", ECF No. 32) for the following reasons:

1. Schedule A/B states that the Debtors have one piece of real property located

   at 916 Belair Rd, Pensacola, FL 32505; a 2019 Toyota Highlander; a 2008

   Chevrolet Silverado. The Plan proposes to value the 2019 Toyota Highlander

   at $20,575.00 and pay the claim at 8% interest, to pay the prepetition

   mortgage arrears on the homestead property inside the Plan, to avoid the

   judicial lien of Ford Motor Credit Company, LLC, to pay regular mortgage

   payments for the homestead property outside the Plan, and to provide a

   minimum distribution of $8,000.00 to the general unsecured creditors.

2. (Unresolved) It appears that Belinda Beasley has interests in real property at 505 Irene Lane, Cantonment, Florida and real property at 906 Muscogee Road, Pensacola, Florida that are not disclosed on the Schedules. The Trustee cannot determine if the plan meets the liquidation test until the value of these real properties is determined.

3. (Unresolved) Belinda Beasley appears to have an interest in the Estate of Estella Floyd that is not disclosed on the Schedules. The Trustee cannot determine if the plan meets the liquidation test until the value and assets of the estate is determined.

4. (Unresolved) The Debtors filed a Notice of Valuation for the value of the collateral for the claim of Loyalty Credit Union, but the interest rate in the Plan at 8% conflicts with the Proof of Claim interest rate of 16.49%.

5. (New) The Plan does not provide for the secured claim of Hainje's Inc. in the amount of $2,475.16 plus 19.66% interest. The Debtors list this creditor on Schedule E/F with a general unsecured claim of $2,623.00.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh A. Duncan
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850)681-2734 "Telephone"
(850)681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED** verifies that a true and correct copy of the foregoing

document was served on the same date that is the date reflected on the electronic

filing date on the person or entities listed below via first class mail, postage

prepaid, at the physical address(es) listed below and/or was served via Notice of

Electronic Filing.

ALPHONSE BEASLEY, JR
916 BELAIR RD
PENSACOLA, FL  32505-3058

BELINDA REE BEASLEY
916 BELAIR RD
PENSACOLA, FL  32505-3058

LEWIS & JURNOVOY, P.A.
landj@lewisandjurnovoy.com

/s/ Leigh A. Duncan
OFFICE OF THE CHAPTER 13 TRUSTEE